**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOSEPH LIBBY,<br><br>                                    Plaintiff,<br><br>           v.<br><br>NATIONAL REPUBLICAN SENATORIAL<br>COMMITTEE,<br><br>                                    Defendant. | Civil Action No.: 5:21-cv-197 |

**NOTICE OF VOLUNTARY DISMISSAL**

Comes now Joseph Libby, Plaintiff, filing this notice of voluntary dismissal of this lawsuit and his claims against the National Republican Senatorial Committee pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Phone: (215) 540-8888 ext. 104
Facsimile: (877) 788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, hereby certify that a true and correct copy of the foregoing was served on the below parties of record via ECF:

> Dallin B. Holt
> Texas Bar No. 24099466
> Jason B. Torchinsky
> Jonathan P. Lienhard
> Holtzman Vogel
> Josefiak Torchinsky pllc
> 15405 John Marshall Hwy.
> Haymarket, VA 20169
> Phone: (540) 341-8808
> Facsimile: (540) 341-8809
> Email: dholt@holtzmanvogel.com
> jtorchinsky@holtzmanvogel.com
> jlienhard@holtzmanvogel.com

*/s/ Jacob U. Ginsburg*